**HUNTON ANDREWS KURTH LLP**
EMILY BURKHARDT VICENTE (State Bar No. 263990)
ebvicente@HuntonAK.com
SONYA D. GOODWIN (State Bar No. 281005)
sgoodwin@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendants
CINEMARK USA, INC. and
CENTURY THEATRES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MADISON KLEINE, an individual, | Case No.: 5:18-CV-2425 |
| Plaintiff, | **DECLARATION OF SCOTT GREEN** |
| vs. | |
| CINEMARK USA, INC., a Texas corporation; CENTURY THEATRES, INC., a California corporation; and DOES 1 THROUGH 10, inclusive | Complaint Filed: September 28, 2018 |
| Defendants. | |

DECLARATION OF SCOTT GREEN

## **DECLARATION OF SCOTT GREEN**

I, Scott Green, declare:

1. I am over the age of twenty-one, and if called upon to testify as a witness in this matter, I could and would competently testify as to the matters set forth below, of which I have personal knowledge.

2. I am employed by Cinemark, USA, Inc. ("Cinemark") as a General Manager at Cinemark's Jess Ranch theatre (#1042), located at 18935 Bear Valley Road, Apple Valley, CA 92308. As the General Manager, I am responsible for the overall operation of the theatre and for supervising the employees who work within the theatre.

3. I have worked for Cinemark since 1998, and have been the General Manager at the Jess Ranch theatre for about six years. Based on my employment history with Cinemark, and my job duties as General Manager, I have knowledge of the facts stated below.

4. Cinemark was incorporated in the State of Texas, and has its headquarters and principal place of business in Plano, Texas. Cinemark's high-level officers and executives direct, control, and coordinate Cinemark's operations from its corporate office in Plano, Texas.

5. In approximately October 2006, Cinemark acquired Century Theatres, Inc., including the theatres that Century operated in California prior to the acquisition. Theaters that Cinemark acquired through the Century-acquisition continue to do business under the Century Theatres name.

6. The Jess Ranch theatre opened for business on May 1, 2009. It is wholly owned and operated by Cinemark and is branded as a Cinemark theatre. *See* https://www.cinemark.com/southern-california/cinemark-jess-ranch#theatreInfo

7. The Jess Ranch theatre has never been owned or operated by Century Theatres, nor has it ever been branded as a Century Theatre.

1

DECLARATION OF SCOTT GREEN

8. Since it was opened by Cinemark (not Century), the theatre building has always been leased by Cinemark, and the theatre has always operated as a Cinemark theater. Attached hereto as **Exhibit 1** is a true and correct copy of redacted excerpts of the lease for the Jess Ranch theatre, showing that the lease is in the name of Cinemark, not Century.

9. All of the employees who work (or have worked) at the Jess Ranch theatre, including Ms. Kleine, are employed by Cinemark. None of the employees assigned to the Jess Ranch theatre are employed by Century Theatres.

10. In my job as General Manager for Cinemark's Jess Ranch theatre, I have access in the regular course of business to the personnel files of employees who work at that theatre. I also have access to pay information, including the hourly wage rates for the Usher and Shift Leader positions at the Jess Ranch theatre. Based on my own personal knowledge and review of these records, I am competent to testify to the matters that follow.

11. Madison Kleine was employed by Cinemark. She was never employed by Century Theatres. Ms. Kleine was hired by Cinemark on or about March 2, 2016, to work as an Usher at the Jess Ranch theatre. I was General Manager of the Jess Ranch theatre from the time Ms. Kleine was hired and throughout her employment until she resigned in or around October 5, 2017.

12. Since Ms. Kleine was hired, Cinemark in the only entity that paid her wages for her work at the theatre. Attached hereto as **Exhibit 2** is a true and correct copy of Ms. Kleine's most recent wage statement from Cinemark, redacted for confidentiality.

13. Attached hereto as **Exhibit 3** are true and correct copies of documents contained in Ms. Kleine's personnel file that show Cinemark is her employer, which are redacted for confidentiality. These documents include Plaintiff's new hire form, Plaintiff's Employee Agreement, Plaintiff's Employee Guidelines Acknowledgement, and Plaintiff's Employee Notification Confirmation.

2

DECLARATION OF SCOTT GREEN

14. Plaintiff resigned from her job with Cinemark on or about October 5, 2017. At the time of her separation, she was working between 25 – 35 hours per week and was earning $10.860 per hour.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13 day of November, 2018 at 3:51pm.

Scott Green
DECLARATION OF SCOTT GREEN

3
DECLARATION OF SCOTT GREEN