UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 18-2425-DMG (SHKx) | Date | December 12, 2018 |

Title   *Madison Kleine v. Cinemark USA, Inc., et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER STRIKING FIRST AMENDED COMPLAINT FOR UNTIMELY FILING**

Pursuant to the Fed. R. Civ. P. 15(a)(1) and 81, the First Amended Complaint filed on December 7, 2018 [Doc. # 12] is hereby STRICKEN.

IT IS SO ORDERED.